9 A.3d 1137

Jeffrey WINK, Marcia Wink, David Roberts
and Nancy Roberts, Respondents

v.

Steven MAGROWSKI and Lori Magrowski, Petitioners.

Supreme Court of Pennsylvania.

Dec. 13, 2010.

## ORDER

PER CURIAM.

AND NOW, this 13th day of December, 2010, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the case is **REMANDED** to that court upon the record evidence establishing that the petition to open was filed within ten days after the Prothonotary sent the requisite notice of the entry of the judgment on the docket under Pa.R.C.P. 237.3(b). We direct the Superior court to further remand this matter to the trial court to consider in the first instance whether the Petitioners' proposed answer presented a meritorious defense.

Jurisdiction is relinquished.